UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

OCT 24 '25 AM 11:17
RCV'D - USDC FLO SC

RED SHIELD, LLC.,

Judgment Creditor,

v.

Misc. Case No. _____

WARRIOR CHARTER, LLC.,

Judgment Debtor.

## PETITION TO REGISTER FOREIGN JUDGMENT PURSUANT TO 28 U.S.C. § 1963 AND THE FULL FAITH AND CREDIT CLAUSE OF THE U.S. CONSTITUTION

NOW COMES the Judgment Creditor, Red Shield, LLC., by and through undersigned assignee Robert Campbell for collection, and respectfully petitions this Honorable Court to register a foreign judgment previously entered in another Court, and in support thereof states as follows:

1. Red Shield, LLC. is registered as a limited liability company in the state of Montana. It's has two members, Nikita Masters who resides in London, England and Michael Bourff de Campo who resides in Palm Beach, Florida.

2. Warrior Charter, LLC. ("Warrior Charter") is registered as a limited liability company with the state of South Carolina.[1]

3. Warrior Charter's principal place of business is in Horry County, South Carolina.

4. The sole member of Warrior Charter, Mr. Joseph Guernsey is a resident of South Carolina residing at 4681 Carvel Ct, Myrtle Beach, SC 29588.

---

[1] https://businessfilings.sc.gov/BusinessFiling/Entity/Profile/2569dc95-d595-418e-bfaf-3f877436efe0

5. The amount in controversy is now, including interest and attorney fees, in excess of $75,000.

6. Complete diversity exists between the parties and the amount in controversy exceeds $75,000, accordingly, the Court has jurisdiction pursuant to 28 U.S. Code § 1332.

7. Article IV, Section 1 of the U.S. Constitution requires this Court to give full faith and credit and enforce the judgment as if it emanated from this Court.

8. 28 U.S. Code § 1738 states:

   The Acts of the legislature of any State, Territory, or Possession of the United States, or copies thereof, shall be authenticated by affixing the seal of such State, Territory or Possession thereto.

   The records and judicial proceedings of any court of any such State, Territory or Possession, or copies thereof, shall be proved or admitted in other courts within the United States and its Territories and Possessions by the attestation of the clerk and seal of the court annexed, if a seal exists, together with a certificate of a judge of the court that the said attestation is in proper form.

   Such Acts, records and judicial proceedings or copies thereof, so authenticated, shall have the same full faith and credit in every court within the United States and its Territories and Possessions as they have by law or usage in the courts of such State, Territory or Possession from which they are taken.

9. Attached as an Exhibit is an exemplified copy of the foreign judgment.

10. The judgment has become final and is not subject to any pending appeal or stay of execution.

11. Warrior Charter has assets located in South Carolina, Judgment Creditor seeks to register the judgment in this Court so that it may be enforced within the jurisdiction of the District of South Carolina.

WHEREFORE, the Judgment Creditor respectfully prays that this Honorable Court:

a. Accept for filing and registration the exemplified copy of the judgment;

b. Enter the same upon the judgment docket of this Court; and

c. Grant such other and further relief as may be just and proper.

Respectfully submitted this 17th day of October, 2025.

*[signature]*

Red Shield, LLC by and through its assignee Robert Campbell
1275 US – 1
Suite # 2-231
Vero Beach, FL 32960
rcampbellvm@gmail.com

## Certificate of Service

I hereby certify that a copy of the foregoing **Petition to Register Foreign Judgment Pursuant to 28 U.S.C. § 1963** was served on Judgment Debtor on October 17, 2025, at

Registered Agent: MR: JOSEPH GUERNSEY
828-B 3RD AVENUE SOUTH
SURFSIDE BEACH, SOUTH CAROLINA  29578

*[signature]*

Red Shield, LLC by and through its assignee Robert Campbell
1275 US – 1
Suite # 2-231
Vero Beach, FL 32960
rcampbellvm@gmail.com